E-Filed — JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9459-GHK (SSx) | Date | January 20, 2011 |
|---|---|---|---|
| Title | *Magdolen I. Rabadi v. Ocwen Loan Servicing, LLC, et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U.S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (none) | (none) |

**Proceedings:**     **(In Chambers) Order Remanding Case to State Court**

On January 5, 2011, we ordered Defendants Ocwen Loan Servicing, LLC, U.S. Bank National Association, as Trustee for the Registered Holders of ABFC 2007-WMC1 Trust Asset Backed Funding Corporation Asset Backed Certificates, Series 2007-WMC1, and Western Progressive Trustee, LLC, erroneously named as Western Progressive, LLC (collectively, "Defendants") to show cause why the above-captioned case should not be remanded for lack of subject matter jurisdiction. Response to that Order to Show Cause ("OSC") was due by no later than twelve days thereof. The docket reflects that no such response has been timely filed, and that no extension was timely requested.

We cautioned Defendants that their failure to timely and adequately respond would be deemed their admission that we lack subject matter jurisdiction, in which case, we would remand the case. Pursuant to our OSC, Defendants are hereby **DEEMED** to have admitted that we lack subject matter jurisdiction over this case. Accordingly, this case is **REMANDED** to the state court from which it was removed. *See* 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |